UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER TUCKER,<br><br>   Plaintiff,<br><br> v.<br><br>CYSTIC FIBROSIS FOUNDATION, and Does 1 through 20, inclusive,<br><br>   Defendants. | No. 2:18-cv-00528-MCE-CKD<br><br>ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER QUASHING DEPOSITION SUBPOENA AND PRECLUDING PLAINTIFF FROM CONDUCTING DISCOVERY AFTER THE DISCOVERY CUTOFF DATE |

AND RELATED CROSS-ACTIONS
_____

  On May 7, 2019, Defendant and Cross-Complainant CYSTIC FIBROSIS FOUNDATION filed an ex parte application for an order quashing the Notice of Deposition of Cole Jacobson scheduled for May 15, 2019, and precluding Plaintiff from conducting discovery after the Court-ordered March 12, 2019 discovery cutoff date.

  Having considered the ex parte application and the supporting papers and for good cause shown, it is hereby ORDERED that:

  Defendant and Cross-Complainant CYSTIC FIBROSIS FOUNDATION's Ex Parte Application is GRANTED. The Notice of Deposition of Cole Jacobson scheduled for May 15,

1

2019, is hereby quashed.  Plaintiff is further ordered not to attempt to conduct any additional discovery in violation of the March 12, 2018, Initial Pretrial Scheduling Order, absent leave of court to do so.

    IT IS SO ORDERED.

Dated:  May 8, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/18cv0528.ord