ROGER M. MANSUKHANI (SBN: 164463)
rmansukhani@grsm.com
BLAKE R. JONES (SBN: 211221)
bjones@grsm.com
KARA D. KEISTER (SBN: 250260)
kkeister@grsm.com
GORDON REES SCULLY MANSUKHANI
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 334-7212
Facsimile: (213) 680-4470

Attorneys for Defendant/Cross-Complainant
CYSTIC FIBROSIS FOUNDATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PETER TUCKER,<br><br>                Plaintiff,<br><br>vs.<br><br>CYSTIC FIBROSIS FOUNDATION, and Does 1 through 20, inclusive,<br><br>                Defendants. | CASE NO. 2:18-cv-00528-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER CONTINUING EXPERT DISCLOSURES UNTIL AFTER RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Magistrate Judge Carolyn Delaney<br>Courtroom 24<br><br>Hon. District Judge Morrison C. England, Jr.<br>Courtroom 7 |
| AND RELATED CROSS-ACTIONS | Complaint Filed: October 16, 2017 |

WHERAS, Defendant and Cross-Complainant CYSTIC FIBROSIS FOUNDATION ("CFF") plans to file a motion for summary judgment in the next sixty (60) days;

WHERAS, the Court's ruling on CFF's motion for summary judgment will impact the parties' need to retain expert witnesses;

IT IS HEREBY STIPULATED by and between the parties as follows:

(1) The deadline to disclose expert witness information and reports is continued until 30 days after the ruling on CFF's motion for summary judgment;

-1-

JOINT STIPULATION AND ORDER CONTINUING EXPERT DISCLOSURES
CASE NO. 2:18-cv-00528-MCE-CKD

(2) The deadline to disclose supplemental expert witness information and reports is continued until 30 days after the first disclosure of expert witness information.

**SO STIPULATED.**

Dated: May 13, 2019

GORDON REES SCULLY MANSUKHANI

By: /s/
BLAKE R. JONES
Attorneys for Defendant/Cross-Complainant
CYSTIC FIBROSIS FOUNDATION

Dated: May 13, 2019

LAW OFFICES OF JAMES E. MCGLAMERY

By: /s/
JAMES E. MCGLAMERY
Attorneys for Plaintiff/Cross-Defendant
PETER TUCKER

**ORDER**

In accordance with the aforesaid Stipulation between the parties and for good cause shown,

(1) The deadline to disclose expert witness information and reports is continued until 30 days after the Court's ruling on CFF's motion for summary judgment;

(2) The deadline to disclose supplemental expert witness information and reports is continued until 30 days after the first disclosure of expert witness information.

IT IS SO ORDERED.

Dated: May 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER CONTINUING EXPERT DISCLOSURES

CASE NO. 2:18-cv-00528-MCE-CKD